

| Eric E. Jackson | **CITY OF TRENTON** | Walter D. Denson |
|---|---|---|
| *Mayor* | DEPARTMENT OF LAW | *Director of Law* |

May 1, 2018

Hon. Tonianne J. Bongiovanni, U.S. Magistrate Judge
United States District Court, District of New Jersey Trenton
Clarkson S. Fisher Federal Building & U.S. Courthouse
Room 6052
402 E. State Street
Trenton, NJ 08608

  RE: Discher v. City of Trenton
    Docket Number: 3:17-cv-08920-PGS-TJB

Dear Judge Bongiovanni:

Please be advised that the above matter has settled and that City Council has approved the settlement. A release has been prepared and has been submitted to the Plaintiff.

I thank your Honor for your assistance in commencing settlement discussions and in helping to resolve this matter.

            Respectfully,

            JOHN MORELLI
            Assistant City Attorney

JM:sdmr

cc: Thomas J. Mallon, Esquire
   Ronald C. Hunt, Esq., Hunt, Hamlin & Ridley